IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL REED,

    Petitioner,                  No. CIV S-08-2962 GEB GGH P

  vs.

JAMES A. YATES,

    Respondent.               <u>ORDER</u>

                                        /

        Petitioner has requested an extension of time to file objections to the February 25, 2009 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 18, 2009 request for an extension of time (Docket # 10) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file objections to the February 25, 2009 findings and recommendations.

DATED: March 30, 2009

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:md
reed2962.111